IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO. 5:21-cr-9-14 |
| DONNA MICHELLE ROJAS, | |
| Defendant. | |

**O R D E R**

On February 12, 2024, the parties filed their Joint Status Report. Doc. 903.[1] In that Report, the parties state all pretrial motions have been satisfied or otherwise resolved. Accordingly, the Court **DENIES as moot** Defendant's motions, docs. 377-378. The Government has filed a Notice of Plea Agreement as to Defendant Donna Michelle Rojas. Doc. 834. This case is currently scheduled for a Change of Plea hearing before Judge Lisa Godbey Wood on February 27, 2024 at 10:30 a.m., Courtroom 1, Waycross Federal Courthouse.

**SO ORDERED**, this 15th day of February, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Although attorney Doug Weinstein joined in the filing of the Joint Status Report, doc. 903, he has not filed a Notice of Appearance in this case on behalf of Defendant Donna Michelle Rojas.